IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD TURNER,<br><br>                Plaintiff,<br><br>vs.<br><br>TIMBERLAKE RANCH CAMPS, INC.,<br><br>                Defendant. | 4:16CV3125<br><br>**ORDER** |

Plaintiff served a settlement demand on August 2, 2016. Defendant has not responded. To further the goal of Rule 1 of the Federal Rules of Civil Procedure,

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on December 13, 2016 at **11:00 a.m.** to discuss the parties' efforts toward settlement and the outcome of those discussions. Counsel shall use the conferencing instructions assigned to this case (see Filing No. 12) to participate in the conference.

2) As to any written discovery served, the deadline for responding is stayed pending the conference on December 13, 2016. The response deadline will be reset at that conference if the parties intend to prepare this case for trial rather than settlement.

November 22, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge