IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD TURNER,<br><br>                Plaintiff,<br><br>vs.<br><br>TIMBERLAKE RANCH CAMPS, INC.,<br><br>                Defendant. | 4:16CV3125<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) To avoid unnecessary attorney fees, costs and delay, the parties' current case preparation efforts will focus on medical causation discovery in preparation for a settlement conference or mediation to be held before the end of February 2017.

2) Any written discovery served prior to the date of this order is deemed withdrawn without prejudice to re-serving that discovery if this case is not settled before March 1, 2017.

3) A telephonic conference with the undersigned magistrate judge will be held on January 3, 2017 at 8:30 a.m. to discuss whether the parties will be engaging in early dispute resolution by settlement conference or mediation, along with the anticipated scheduling of those proceedings. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 12), to participate in the call

December 13, 2016.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge